UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN ROSE CHIN MAZZUCCHI,<br><br>Plaintiff,<br>v.<br><br>PROTECTIVE LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 1:19-cv-00913-NONE-EPG<br><br>**ORDER FOR CLERK OF COURT TO CLOSE CASE IN LIGHT OF VOLUNTARY DISMISSAL**<br><br>(ECF No. 21) |
| PROTECTIVE LIFE INSURANCE COMPANY,<br><br>Third Party Plaintiff,<br>v.<br><br>MARK JOSEPH SILVA AND RHONDA MARIE BEEVERS,<br><br>Third Party Defendants. | |

    The parties in this matter filed a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(c)(1) purporting to dismissal all claims in this matter with prejudice, with each party to bear its own attorneys' fees and costs.

\\\

\\\

\\\

1
ORDER RE JOINT STIPULATION FOR DISMISSAL

Accordingly, pursuant to the stipulation all claims in this matter are dismissed with prejudice and the Clerk of Court is instructed to close this case.

IT IS SO ORDERED.

Dated: __**February 4, 2020**__      /s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | The undersigned parties certify that the JOINT STIPULATION FOR DISMISSAL |
| 3 | was filed electronically with the Clerk of the Court via the CM/ECF system which effects |
| 4 | notification to all parties registered and designated for the CM/ECF system in this action. |
| 5 | Participants in the case who are not registered CM/ECF users will be served by mail or |
| 6 | by other means permitted by the court rules. |
| 7 | I declare under penalty of perjury under the laws of the United States of America |
| 8 | and State of California that the foregoing is true and correct. |
| 9 | Executed on February 4, 2020, at Los Angeles, California. |
| 10 | |
| 11 | _____ |
| 12 | Melody Shabpareh |